with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

WILLIAM C. WEISBROD v. M. G. COLLINS, as President, etc.— Motion denied. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

CLAIRE L. BURTON v. FRANK V. BURTON, JR., and Others.— Motion granted on condition that appeal be argued on October 20, 1922. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

GUSTAVE DISCH v. NATIONAL SURETY COMPANY.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

LEONARD BELLINI v. CHARLES E. CHALMERS, as Receiver, etc.— Motion denied. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

MARIE H. BADDOUR v. RASCHID S. BADDOUR.— Motion denied. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

LOUIS P. NOVICK and Others v. MAX PHILLIPS and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

In the Matter of ANDREW CARNEGIE, Deceased.— Preference granted for October 19, 1922. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES MARTIN.— Preference granted for October 19, 1922. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

In the Matter of JUSTIN SAMUEL GALLAND, an Attorney.—Reference ordered to Hon. John W. Goff, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

In the Matter of MARTIN O'BRIAN, an Attorney.— Motion for reinstatement granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

In the Matter of PETER C. KELLY, an Attorney.— Motion for reinstatement granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

CARMINE GIBBIA, an Infant, by SALVATORE GIBBIA, His Guardian ad Litem, Respondent, v. HYMAN SKLAMBERG, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

SALVATORE GIBBIA, Respondent, v. HYMAN SKLAMBERG, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

MYER ROSENTHAL, Respondent, v. THE UNITED TRANSPORTATION COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

GEORGE KIST, an Infant, by ANNA KIST, His Guardian ad Litem, Respondent, v. HENRY BORGHARD, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

THE COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK on Complaint of EVA BARBORIK, Respondent, v. JOSEPH LEVENTHAL, Appellant.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

MOSES JACOBS, Respondent, v. JAMES HOLLIS WELLS and Others, Doing Business

under the Firm Name and Style of CLINTON & RUSSELL, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.